IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RETHA NANCE                                                                                          PLAINTIFF

V.                                        CASE NO. 4:15-CV-00656-BSM

PRABHJOT KAUR d/b/a CROWN EXPRESS;
DAVID P. SPRINGS;
WILLIAM D. CROMER, JR. d/b/a JACKSON
PIPE AND STEEL; and DENNIS OWENS                                           DEFENDANTS

DENNIS OWENS                                                                                       PLAINTIFF

V.                                        CASE NO. 4:15-CV-00451-SWW

DAVID SPRINGS; PRABHJOT KAUR d/b/a
CROWN EXPRESS; CROWN EXPRESS;
JISWINDER BHANGOO; and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA                                                                                          DEFENDANTS

## MOTION TO CONSOLIDATE ACTIONS

Come the Defendants, Prabhjot Kaur d/b/a Crown Express, Crown Express, and David Springs, by and through their counsel, Watts, Donovan & Tilley, P.A., and for their Motion to Consolidate Actions, state:

1.     Pursuant to Fed. R. Civ. P. 42(a) and General Order No. 39(c), Prabhjot Kaur d/b/a/ Crown Express, Crown Express, and David P. Springs request the Court consolidate <u>Retha Nance v. Prabhjot Kaur d/b/a Crown Express</u>, Case No. 4:15-CV-00656-BSM, currently pending before the Honorable Brian Miller ("<u>Nance v. Kaur</u>") with and into <u>Dennis Owens v. David Springs, et al.</u>, Case No. 4:15-CV-

451-SWW, currently pending before the Honorable Susan Webber Wright ("Owens v. Springs").

2. As discussed in the supporting brief filed herewith, because the two actions involve (1) common questions of law and fact; (2) claims and relief arising from the same transaction or occurrence; and (3) an overlap of parties, consolidation of Nance v. Kaur with and into Owens v. Springs will serve the interests of convenience and economy, both the for the Court and litigants, and would avoid unnecessary cost or inconsistent results.

WHEREFORE, the Defendants, Prabhjot Kaur d/b/a Crown Express, Crown Express, and David Springs pray the Court order Nance v. Kaur consolidated with and into Owens v. Springs for all purposes and for all other relief to which they may be entitled.

/s/ Staci Dumas Carson
RICHARD N. WATTS (82174)
STACI DUMAS CARSON (2003158)
ATTORNEY FOR DEFENDANTS,
    PRABHJOT KAUR d/b/a CROWN
    EXPRESS and DAVID SPRINGS
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVENUE, STE. 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX
richard.watts@wdt-law.com
staci.carson@wdt-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Phillip Lee Votaw<br>phil@votawlaw.com | Don Beacon<br>bacon@fridayfirm.com |
| Timothy Joseph Giattina<br>tgiattina@spicerfirm.com | Kevin N. Graham<br>kgraham@nstlaw.com |

    /s/ Staci Dumas Carson
RICHARD N. WATTS (82174)
STACI DUMAS CARSON (2003158)
ATTORNEY FOR DEFENDANTS,
    PRABHJOT KAUR d/b/a CROWN
    EXPRESS and DAVID SPRINGS
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVENUE, STE. 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX
richard.watts@wdt-law.com
staci.carson@wdt-law.com