**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DENNIS OWENS                                    *
                                                *
                    Plaintiff                   *
                                                *
V.                                              *
                                                *        NO: 4:15CV00451  SWW
DAVID SPRINGS; PRABHJOT KAUR                    *
d/b/a CROWN EXPRESS; CROWN                      *
EXPRESS; JASWINDER BHANGOO;                     *
and TRAVELERS PROPERTY                          *
CASUALTY COMPANY OF                             *
AMERICA                                         *
                                                *
                    Defendants                  *

*CONSOLIDATED WITH*

RETHA NANCE                                     *
                                                *
                    Plaintiff                   *
                                                *
V.                                              *
                                                *        NO: 4:15CV00656 SWW
PRABHJOT KAUR, d/b/a CROWN                      *
EXPRESS; DAVID P. SPRINGS; and                  *
DENNIS OWENS                                    *
                                                *
                    Defendants                  *


**ORDER of DISMISSAL**

Before the Court is the parties' joint motion to dismiss these consolidated actions, in their

entirety, with prejudice.  The motion [ECF No. 42] is granted and the consolidated cases are

DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 30th DAY OF NOVEMBER, 2016.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE